O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-0413 AHM (AJWx) | Date | November 24, 2009 |
|---|---|---|---|
| Title | CONTINENTAL CASUALTY COMPANY, et al. v. SOCO WEST, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

This lawsuit and the pitiful behavior of the lawyers on both sides qualifies for admission into the Litigation Hall of Shame. Given this Court's immense caseload and its responsibility to dispense justice not only carefully but efficiently, the Court declines to accede to the parties' and counsels' shenanigans, and may well place this case at the bottom of the Court's priorities.

On August 21, 2009 Plaintiffs Continental Casualty Company and the Continental Insurance Company (collectively "Plaintiffs") filed three motions for partial summary judgment. *See* Docket Nos. 55, 58, 61. On September 3, 2009, Plaintiffs filed a fourth motion for partial summary judgment. *See* Docket No. 65. In total, Plaintiffs' four motions and accompanying memoranda comprise 72 pages of text. They triggered Statements of Genuine Issues ("SGI") in opposition that contain nearly 300 pages. These motions, memoranda, Statements of Undisputed Facts and SGI contain repeated, overlapping, and duplicative text. Aside from figuratively raping the forest, these papers reflect a flagrant indifference to the Court's duty to administer justice efficiently as well as carefully. Defendant Soco West, Inc. ("Soco West" or "Defendant") moved to strike all of Plaintiffs' motions on the grounds that they are an improper attempt to circumvent Local Rule 11–6, which provides that "[n]o memorandum of points and authorities, pre-trial brief, trial brief, or post-trial brief shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge."

On September 15, 2009, the Court ordered the parties to meet and confer and to file with the court a proposal

O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-0413 AHM (AJWx) | Date | November 24, 2009 |
|---|---|---|---|
| Title | CONTINENTAL CASUALTY COMPANY, et al. v. SOCO WEST, INC., et al. | | |

suggesting the most efficient and practical sequence in which the Court should adjudicate these motions.  Specifically, the parties shall specify whether a ruling on any one of the motions (or on any one of the issues, if the Court orders Plaintiff to file one consolidated motion) could either preclude the need to address another motion or enhance the prospect of settlement of one or more of the remaining claims.

The lawyers were "unable to agree upon a joint proposal" and instead filed a single document setting forth their respective positions, which included unnecessary swipes at each other.  *See* Joint Statement of Parties in Response to Court's September 15, 2009 Order Re: Pending Motions for Partial Summary Judgment.

The Court finds that the most efficient way to adjudicate the issues on which Plaintiffs seek summary adjudication is by considering a single motion.  Accordingly, the Court DENIES without prejudice each of the pending partial motions for summary judgment[1] and ORDERS the parties to proceed in the following way if they intend to pursue summary judgment practice:

(1)  By not later than December 7, 2009, Plaintiffs may file a single motion that does not exceed 25 pages and which otherwise complies with the Local Rules, and a single Statement of Uncontroverted Facts.

(2)  Defendant may file a single opposition not to exceed 25 pages and a single, *concise* Statement of Genuine Issues.  *See* Local Rule 56–2.

(3)  Neither side may proffer or cite to evidence supporting its respective contentions unless the evidence was cited in the existing papers—but both sides had better refrain from brazenly cluttering up the record with irrelevant or unresponsive trivia.  That is particularly true of Soco West, whose responses to Plaintiffs' Statements of Uncontroverted Facts consistently picked ridiculous nits and gratuitously volunteered irrelevant assertions.

/ / /

---

[1] Docket Nos. 55, 58, 61, 65.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0413 AHM (AJWx) | Date | November 24, 2009 |
|---|---|---|---|
| Title | CONTINENTAL CASUALTY COMPANY, et al. v. SOCO WEST, INC., et al. | | |

/ / /


The Court vacates the pretrial conference date of November 30, 2009 and the trial date of December 8, 2009, and will make a determination as to how to handle this overblown case after receiving any new motion from Plaintiffs.


|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |