O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0413 AHM (AJWx) | Date | November 25, 2009 |
|---|---|---|---|
| Title | CONTINENTAL CASUALTY COMPANY, et al. v. SOCO WEST, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

In light of the Court's November 24, 2009 ORDER, Defendants Soco West, Inc.'s Motions to Strike[1] are DENIED as moot.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket Nos. 69 and 78.